**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA        :

vs.                                                      :  CRIMINAL NO.: 16-00239-KD-N

MARCUS DOOMS                        :


**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 117 ) and without any objection having been filed by the parties, the plea guilty of the Defendant to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled before the undersigned on December 15, 2017 at 11:00 a.m. under separate order.

**DONE and ORDERED** this the 7th day of September 2017.

                                               s/ Kristi K. DuBose
                                               KRISTI K. DuBOSE
                                               CHIEF UNITED STATES DISTRICT JUDGE